# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | 4:21cr111-7 |
| ) | |
| JAPETH ORR, ) | |
| ) | |
|     Defendant. ) | |

## O R D E R

Counsel in the above-captioned case has advised the Court that the pretrial motions filed on behalf of the defendant have been complied with and/or resolved by agreement. Therefore, a hearing in this case is deemed unnecessary.

IT IS ORDERED that the pretrial motions (docs. 312-325) filed on behalf of the defendant, Japeth Orr, are DISMISSED.

SO ORDERED, this 29th day of April, 2022.

*/s/ Christopher L. Ray*
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA