IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES | ] | |
| | ] | |
| vs. | ] | CASE NO.: 4:21-CR-111-7 |
| | ] | |
| JAPHETH ORR | ] | |

ORDER FOR TEMPORARILY MODIFICATION OF CONDITIONS OF RELEASE

On August 12, 2021, the Court placed Defendant Japheth Orr under conditions of pre-trial release. *Doc.* 206. Under the pre-trial release order, Mr. Orr's travel is restricted to the Southern District of Georgia. *Ibid. at* 2. Mr. Orr has moved the Court for a temporary modification of that travel limitation to allow him to travel outside of the Southern District to watch his step-son play in a basketball tournament in Suwanee, Georgia. Defendant Japheth Orr's motion is **GRANTED.**

Defendant Japheth Orr may leave the Southern District of Georgia no earlier than August 26, 2022 and he must return to this District no later than 11 p.m. on August 28, 2022. Defendant must provide his supervising officer with his planned travel itinerary (including where and when he will be lodging) for when he is away from the District. Defendant's out-of-District travel shall proceed directly to and from Tampa, Florida with no unnecessary detours. All other conditions of his release shall remain in force. Defendant shall inform his supervising officer when he has returned to this District.

SO ORDERED, this 26th day of August, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA