**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

JAPHETH CHARLES ORR,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

CRIMINAL ACTION NO.: 4:21-cr-111-7

**O R D E R**

After a careful *de novo* review of the entire record, the Court concurs with the Magistrate Judge's September 1, 2026, Report and Recommendation, (doc. 1024), to which Petitioner has not objected. The Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 1024.) The Government's Motion to Dismiss is **GRANTED**. (Doc. 901.) Orr's Motion is **DISMISSED**. (Doc. 854.) For the reasons explained in the Magistrate Judge's Report and Recommendation, Orr's additional Motions are **DENIED**. (Docs. 1003 & 1022.) Civil action 4:23-cv-176 is **DISMISSED** in its entirety.[1]

There are no discernable issues worthy of a certificate of appeal. Therefore, the Court **DENIES** the issuance of a Certificate of Appealability. Orr is advised that he "may not appeal the denial but may seek a certificate from the court of appeals under Federal Rule of Appellate Procedure 22." Rule 11(a), Rules Governing Section 2255 Cases in the United States District Courts. Furthermore, as there are no non-frivolous issues to raise on appeal, an appeal would not

---

[1] Several of the motions addressed in the Report and Recommendation and resolved by this Order were also docketed in the civil case. (See 4:23-cv-176, docs. 4 & 11.) For the reasons explained in the Report and Recommendation, the Government's Motion to Dismiss is **GRANTED**, (doc. 4), and the Petitioner's Motion to Compel is **DENIED**, (doc. 11).

be taken in good faith. Thus, the Court likewise **DENIES** Orr *in forma pauperis* status on appeal. The Court **DIRECTS** the Clerk of Court to **CLOSE** this case as well as civil action 4:23-cv-176, and enter the appropriate judgment of dismissal.

**SO ORDERED**, this 22nd day of September, 2026.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA